UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

OMNI WYNNE,

        **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

### COUNT 1
(Attempted Possession with Intent to Distribute Cocaine)

On or about June 9, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

OMNI WYNNE,

knowingly and intentionally attempted to possess with intent to distribute cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846

## **COUNT 2**
(Possession with Intent to Distribute Cocaine)

On or about June 9, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

OMNI WYNNE,

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**FORFEITURE ALLEGATION**
(Attempted Possession with Intent to Distribute Cocaine;
Possession with Intent to Distribute Cocaine)

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of the offense in violation of 21 U.S.C. § 841(a)(1) set forth in Count 1 and Count 2 of this Indictment, the defendant,

OMNI WYNNE,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following: approximately $19,940 in United States Currency seized on or about June 9, 2023, in Ingham County, Michigan; a 20-gauge Mossberg Shotgun; a .45 caliber AMT Hardballer handgun; and associated ammunition.

21 U.S.C. § 853
21 U.S.C. § 841(a)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney